# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 25-7272

**Case Name** | Burnard, et al v. Allen

**Requesting Party Name(s)** | Tyler Burnard, et al

**I am:**
○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☐ Brief (*you **must** also complete the Declaration on page 3*)
☒ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☒ Response to court order dated | Dec 5 2025
☐ Other (*you **must** describe the document*)

The requested new due date is: | 1-15-26

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Counsel has tried to file three Form 4 IFP in the USDC and CA9 courts to no avail. Futher, attempts to pay the filing fee in USDC have been denied by PACER as unavailable. Today is the deadline, a counsel needs more time to effectuate waiver or payment.

**Signature** | S//S Leonard R. Berman   **Date** | 12/12/25

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14** | 1 | *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ I have **NOT** filed a previous request to extend time to file the document.
- ○ I have previously requested an extension of time to file the document.

This motion is my _____ request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: _____.
- ○ The petitioner is detained.
- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** _____   **Date** _____
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the ☐ brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: ☐

3. The brief's first due date was: ☐

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☐ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** ☐   **Date** ☐

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**　　　　　　　　　　　　　　　3　　　　　　　　　　　　　　*New 12/01/2018*